**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MATTRESS BY APPOINTMENT LLC,

       Plaintiff,

v.                                Case No.   3:20-cv-222-MMH-PDB

DANIEL ADAMS,

       Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal of All Claims With Prejudice (Dkt. No. 126; Stipulation) filed on May 20, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of May, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record